No. 299. SOUTHWESTERN BELL TELEPHONE CO. *v.* LEE; and
No. 300. SAME *v.* HANNA. October 14, 1940. *Per Curiam:* The motions to dismiss are granted and the appeals are dismissed for want of a properly presented federal question. *Godchaux v. Estopinal,* 251 U. S. 179; *Rooker v. Fidelity Trust Co.,* 261 U. S. 114, 117; *Herndon v. Georgia,* 295 U. S. 441, 443. *Messrs. Edward B. Downie* and *E. W. Clausen* for appellant. *Suzanne Chalfant Lighton* for

appellee in No. 299. *Mr. Charles D. Atkinson* for appellee in No. 300. Reported below: 200 Ark. 318; 140 S. W. 2d 132.